| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____      Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Neumedicines, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **30-0399015** |
|---|---|---|

4. Debtor's address

**Principal place of business**

**480 W. Norman Ave.**
**Arcadia, CA 91007**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | **www.http://neumedicines.com/** |
|---|---|---|

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Neumedicines, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Neumedicines, Inc.**                                    Case number (*if known*) _____
          Name

**11.  Why is the case filed in**     *Check all that apply:*
       *this district?*
                                      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ■ No
       **have possession of any**
       **real property or personal**  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                      **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐ Other _____

                                      **Where is the property?**  _____
                                                                   Number, Street, City, State & ZIP Code

                                      **Is the property insured?**

                                      ☐ No

                                      ☐ Yes.  Insurance agency  _____

                                              Contact name     _____

                                              Phone            _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
       **available funds**
                                      ■ Funds will be available for distribution to unsecured creditors.

                                      ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
       **creditors**              ☐ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                                  ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**         ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                  ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor    Neumedicines Inc.                                                Case number (if known)
          _____                                                              _____
          Name

| Request for Relief, Declaration, and Signatures |

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized
    representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/17/2020**
               MM / DD / YYYY

X _____                    **Timothy Gallaher**
   Signature of authorized representative of debtor     Printed name

Title    **President**
         _____

18. Signature of attorney

X _____                    Date   **07/17/2020**
   Signature of attorney for debtor                         MM / DD / YYYY

**Crystle J. Lindsey 281944**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard**
**Suite 1170**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**      Email address    **crystle@wsrlaw.net**

**281944 CA**
Bar number and State

## UNANIMOUS CONSENT AND RESOLUTIONS OF

## THE BOARD OF DIRECTORS OF

## NEUMEDICINES INC.

The undersigned, comprising the Board of Directors of Neumedicines Inc., do hereby certify and confirm that the following resolutions are adopted by the Board:

RESOLVED that Timothy Gallaher, President, is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Neumedicines Inc.

RESOLVED that the filing of a Chapter 11 case on behalf of Neumedicines Inc. is in the best interests of the corporation, its shareholders, and creditors.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Timothy Gallaher, or such parties as he designates, are the parties designated to act on behalf of Neumedicines Inc., in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341 (a) Meeting of Creditors as necessary.


Dated: July 17 , 2020            *Timothy Gallaher*
_____
Timothy Gallaher, Member


Dated: July 17 , 2020            _____
Raphael Nir, Member

Fill in this information to identify the case:

Debtor name      **Neumedicines Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    *Amended Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/17/2020**        x  _____
                              Signature of individual signing on behalf of debtor

                              **Timothy Gallaher**
                              Printed name

                              **President**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Neumedicines, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Libo Pharma 10F, No 27-8, Sec.2, Zhongzheng E. Tamsui Dist, New Taipei City 251, Taiwan | | | | | | $1,030,306.00 |
| Wilson Sonsini Goodrich & Rosati 650 Page Mill Road Palo Alto, CA 94304-1050 | | | | | | $465,847.00 |
| Elliot Friedman 717 W. Olympic Blvd, Suite 2007 Los Angeles, CA 90015 | | | Contingent Unliquidated Disputed | $418,495.00 | $0.00 | $418,495.00 |
| Estate of Lena A. Basile 10426 Helendale Ave. Tujunga, CA 91042 | | Unpaid Wages & Vacation Pay | | | | $343,706.09 |
| Mao Qun Int'l. Investment LLC 1F, No 22-2 Ln.189, Sec.1, Chengtai Rd, Wugu Dist. , New Taipei TAIWAN | | | Contingent Unliquidated Disputed | $232,970.65 | $0.00 | $232,970.65 |
| Foley & Lardner LLP 555 South Flower ST, #4400 Los Angeles, CA 90071-2411 | | | | | | $170,422.00 |
| Stanford University PO BOX 44253 San Francisco, CA 94144-4253 | | | | | | $151,388.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Neumedicines, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ground Zero Pharmaceuticals, Inc** **5405 Alton Parkway, Suite A-464** **Irvine, CA 92604** | | | | | | **$142,126.00** |
| **Siegfried Irvine** **9342 Jeronimo Road** **Irvine, CA 92618** | | | | | | **$129,209.00** |
| **Hebron Cheung** **2724 Healther Heights Ave** **Arcadia, CA 91006** | | **Unpaid Wages & Vacation Pay** | | | | **$127,394.00** |
| **Hue Kha** **13235 Elmrock Ave., Moorpark, CA 93021** | | **Unpaid Wages & Vacation Pay** | | | | **$101,141.00** |
| **Jamie Tom** **PO BOX 66053** **Arcadia, CA 91066** | | **Unpaid Wages & Vacation Pay** | | | | **$91,531.00** |
| **Business Card Services** **PO BOX 23066** **COLUMBUS, GA 37902-3066** | | | | | | **$60,064.00** |
| **Christopher E. Lawrence** **156 Lombard St, #24** **San Francisco, CA 94111** | | | | | | **$30,732.63** |
| **Summit Analytical, LLC** **8354 Northfield Blvd, Blvd G, Suite 3700** **Denver, CO 80238** | | | | | | **$25,345.00** |
| **Scott Buckel** **8926 Glacier Ave** **Texas City, TX 77591** | | **Unpaid Wages & Vacation Pay** | | | | **$25,000.00** |
| **Labyrinth Strategic** **173 Highland Place, Monrovia, CA 91016** | | | | | | **$22,500.00** |
| **Foley & Lardner LLP** **555 South Flower ST, #3500** **Los Angeles, CA 90071-2411** | | | | | | **$19,075.00** |
| **Outcome Capital** **11921 Freedom Dr. Ste 730** **Reston, VA 20190** | | | | | | **$15,025.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Neumedicines, Inc.** _____    Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Trustees of Columbia University C/O Clinical Trials Office PO BOX 26453 New York, NY 10087-6453** | | | | | | **$11,847.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Crystle J. Lindsey, SBN 281944<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br>(310) 207-1494 Fax: (310) 442-0660<br>Email: crystle@wsrlaw.net | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Neumedicines Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _July 17, 2020_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _07/17/2020_

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

Neumedicines, Inc.
480 W. Norman Ave.
Arcadia, CA 91007


Crystle J. Lindsey
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


BioAgilytix Labs
2300 Englert Dr., Suite G
Durham, NC 27713


Business Card Services
PO BOX 23066
COLUMBUS, GA 37902-3066


CA Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Christopher E. Lawrence
156 Lombard St, #24
San Francisco, CA 94111


Elliot Friedman
717 W. Olympic Blvd, Suite 2007
Los Angeles, CA 90015


Estate of Lena A. Basile
10426 Helendale Ave.
Tujunga, CA 91042

Foley & Lardner LLP
555 South Flower ST, #4400
Los Angeles, CA 90071-2411


Foley & Lardner LLP
555 South Flower ST, #3500
Los Angeles, CA 90071-2411


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Ground Zero Pharmaceuticals, Inc
5405 Alton Parkway, Suite A-464
Irvine, CA 92604


Hebron Cheung
2724 Healther Heights Ave
Arcadia, CA 91006


Herzog Fiesser & Partner
Postfach 26 02 32
Munchen 80059
Germany


Hue Kha
13235 Elmrock Ave.,
Moorpark, CA 93021


ICON Clinical Research Ltd
South County Business Park,
Leopardstown, Dublin 18
Republic of Ireland

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jamie Tom
PO BOX 66053
Arcadia, CA 91066


Labyrinth Strategic
173 Highland Place,
Monrovia, CA 91016


Law Offices of James L. Leestma
c/o James L. Leestma
7301 Topanga Canyon Blvd., St. 202
West Hills, CA 91307


Lawrence R. Mitchell & Company
880 Apollo Street, Suite 140
El Segundo, CA 90245


Libo Pharma
10F, No 27-8, Sec.2, Zhongzheng E.
Tamsui Dist, New Taipei City 251,
Taiwan


Mao Qun Int'l. Investment LLC
1F, No 22-2 Ln.189, Sec.1, Chengtai
Rd, Wugu Dist. , New Taipei
TAIWAN


Nitto Avecia Pharma
10 Vanderbilt
Irvine, CA 92618

Nitto Avencia Pharma Services, Inc.
10 Vanderbilt
Irvine, CA 92618


Outcome Capital
11921 Freedom Dr. Ste 730
Reston, VA 20190


Raphael Nir
227 Bridle Trail Rd.
Needham, MA 02492


RMC Pharmaceutical Solutions Inc.
1851 Lefthand Circle Ste A
Longmont, CO 80501


Scott Buckel
8926 Glacier Ave
Texas City, TX 77591


Siegfried Irvine
9342 Jeronimo Road
Irvine, CA 92618


Stanford University
PO BOX 44253
San Francisco, CA 94144-4253


Sulmeyer Kupetz
c/o Jeffrey M. Pomerance
333 Grand Avenue, Suite 3400
Los Angeles, CA 90071

Summit Analytical, LLC
8354 Northfield Blvd, Blvd G,
Suite 3700
Denver, CO 80238


Supaporn Maroongroge
166 N. Ivy Ave. #A
Monrovia, CA 91016


The Coghlan Group
1500- B Business Park Dr.,
Bastrop, TX 78602


The Trustees of Columbia University
C/O Clinical Trials Office
PO BOX 26453
New York, NY 10087-6453


Vladimir Vainstein
Hakfir Street 56
Jerusalem 96952
ISRAEL


Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050