UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Neumedicines, Inc.<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>Case Number:  2:20-bk-16475 ER<br>Operating Report Number:  4<br>For the Month Ending:  31-Oct-20 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          32,416.36

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                           32,416.36

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify)    Loan from Raphael, Nir | 25,000.00 |
| **Other (Specify) | 0.00 |

TOTAL RECEIPTS THIS PERIOD:                                      25,000.00

5.  BALANCE:                                                     57,416.36

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 24,677.32 |

TOTAL DISBURSEMENTS THIS PERIOD:***                              24,677.32

7.  ENDING BALANCE:                                              32,739.04

8.  General Account Number(s):          xxxx-7106

Depository Name & Location:          City National
                                     Universal City Office

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/10/2020 | 10012 | Bioreliance Corp | Master Cell Bank storage at Rockville | | 7,194.00 | 7,194.00 |
| 10/10/2020 | 10013 | Gowling WLG | Pro. fee-Patents files-0155 & 0169 | | 1,151.83 | 1,151.83 |
| 10/10/2020 | 10014 | Iron Mountain | File Storage for Oct'20 | | 207.26 | 207.26 |
| 10/10/2020 | 10015 | OaksData Systems | Hosting server and IT support 9/20 | | 719.60 | 719.60 |
| 10/10/2020 | 10016 | The Coghlan Group | Monthly storage charges for Dec.19 | | 1,100.00 | 1,100.00 |
| 10/10/2020 | 10017 | U. S. Trustee | 3rd Qtr 2020 fee | | 650.00 | 650.00 |
| 10/10/2020 | 10018 | WSGR Client Trust | Retainer for Patents file 700 & 715 | | 8,900.00 | 8,900.00 |
| 10/16/2020 | EFT | City National Bank | Bank charges for wire transfer-Loan | | 15.00 | 15.00 |
| 10/23/2020 | 10010 | C. E. Lawrence | Stop payment ck #10010  Lost | | (475.00) | (475.00) |
| 10/23/2020 | EFT | City National Bank | Bank charges for Stop payment ck | | 30.00 | 30.00 |
| 10/23/2020 | 10019 | C. E. Lawrence | Replace ck #10010: Sept'20 payment | | 475.00 | 475.00 |
| 10/23/2020 | 10019 | C. E. Lawrence | Response DD for 9/17-10/12/20 | | 1,394.88 | 1,394.88 |
| 10/23/2020 | 10020 | Jamie Tom | Support DD for 9/30-10/12/20 | | 125.00 | 125.00 |
| 10/23/2020 | 10021 | Passaro Consulting | CMC support for DD 9/22/20 | | 618.75 | 618.75 |
| 10/23/2020 | 10022 | WSGR Client Trust | Rerainer for Patents file 716.771 | | 2,500.00 | 2,500.00 |
| 10/30/2020 | EFT | Paychex | Monthly payroll service charges | | 71.00 | 71.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 24,677.32 | $24,677.32 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION - City National Bank DIP

Bank statement Date: _____10/31/2020_____   Balance on Statement: _____$36,285.04_____

Plus deposits in tra Neumedicines, Inc.

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                                 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 10011 | 9/26/2020 | 1,631.25 |
| 10016 | 10/10/2020 | 1,100.00 |
| 10020 | 10/23/2020 | 125.00 |
| 10021 | 10/23/2020 | 618.75 |
| EFT | 10/30/2020 | 71.00 |

TOTAL OUTSTANDING CHECKS:                                                        3,546.00

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:          Page 3 of 16                          $32,739.04

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS    <u>N/A</u>

2.  Neumedicines, Inc.
ACCOUNT REPORTS

3.  BEGINNING BALANCE:

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                                          0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                          0.00

7.  ENDING BALANCE:                                                            0.00

8.  PAYROLL Account Number(s):

    Depository Name & Location:

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | None | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 5 of 16 | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

[                                                                              ]

ADJUSTED BANK BALANCE:    | $0.00 |

1.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS        N/A

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS

3.  BEGINNING BALANCE:

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                           0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                              0.00

7.  ENDING BALANCE:                                                   0.00

8.  TAX Account Number(s):

    Depository Name & Location:

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____ Balance on Statement: _____

Plus deposits in tra Neumedicines, Inc.

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

_____

ADJUSTED BANK BALANCE:                                    | $0.00 |

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---|
| Neumedicines, Inc. | General Account: | 32,739.04 |
| | Payroll Account: | 0.00 |
| | Tax Account: | 0.00 |
| *Other Accounts: | | |
| | Cash-in Transit | 0.00 |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                    32,739.04

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                    0.00

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:                    0.00
Total Wages Paid:                    0.00

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 |  |  |
| State Withholding | 0.00 |  |  |
| FICA- Employer's Share | 0.00 |  |  |
| FICA- Employee's Share | 0.00 |  |  |
| Federal Unemployment | 0.00 |  |  |
| Sales and Use | 0.00 |  |  |
| Real Property | 0.00 |  |  |
| Other: | Page 11 of 16 |  |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|---|
|  | | | Pre-Petition | Post-Petition |
|  | 30 days or less | 140,703.31 | 0.00 | 0.00 |
| Neumedicines, Inc | 31 - 60 days | 136,351.95 | 0.00 | 0.00 |
|  | 61 - 90 days | 65,567.54 | 0.00 | 0.00 |
|  | 91 - 120 days | | 0.00 | 0.00 |
|  | Over 120 days | | 0.00 | 0.00 |
|  | TOTAL: | 342,622.80 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Markel-Evanston In | 2,000,000 | 7/24/2021 | 7/24/2021 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: Director & Officer | Scottsdale Insurance | 1,000,000 | 12/13/2020 | 12/13/2020 |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2020 | 26,554.76 | 650.00 | 10-Oct-2020 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 650.00 | | 650.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Neumedicines, Inc. | 11,651.00 | 46,604.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 11,651.00 | 46,604.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0.00 | 0.00 |
| Purchases | 0.00 | 0.00 |
| Less: Ending Inventory at cost | 0.00 | 0.00 |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 11,651.00 | 46,604.00 |
| | | |
| Other Operating Income (Itemize) | 0.00 | 0.00 |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 10,000.00 | 29,817.29 |
| Payroll Taxes | 836.00 | 2,974.08 |
| Other Taxes  - State of Delaware | 0.00 | 0.00 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 0.00 | 0.00 |
| Lease Expense - Personal Property | 0.00 | 0.00 |
| Insurance | 411.84 | 1,579.34 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities -Google, Website hosting | 457.00 | 914.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Travel and Entertainment (Itemize) | 0.00 | 0.00 |
| Consultant - IT Computer support | 719.60 | 2,158.80 |
| Consultant - Valuation | 0.00 | 0.00 |
| Accounting support | 0.00 | 0.00 |
| Miscellaneous Operating Expenses | 0.00 | 0.00 |
| Bank fees | 45.00 | 45.00 |
| Printing & Reproduction | 0.00 | 44.04 |
| Postage, Delivery & Rental the P.O. Box | 0.00 | 214.00 |
| Archive & Storage Data | 0.00 | 0.00 |
| Files Storage | 207.26 | 803.86 |
| IR & D Subcontractors - Nitto and TGC | 0.00 | 0.00 |
| IR & D Subcontractors - BioReliance | 0.00 | 9,445.42 |
| IR & D Subcontractors - TGC | 0.00 | 0.00 |
| IR & D Consultants | 2,018.75 | 7,635.00 |
| IR & D Other | 0.00 | 0.00 |
| Total Operating Expenses | 14,695.45 | 55,630.83 |
| | | |
| Net Gain/(Loss) from Operations | (3,044.45) | (9,026.83) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |

Net Gain on Sale of Assets (Itemize)

Other (Itemize)

|  | Total Non-Operating income | 0.00 | 0.00 |
|---|---|---|---|

Non-Operating Expenses:

| | | |
|---|---|---|
| Interest Expense | 11,913.29 | 49,333.68 |
| Finance Charges | 772.96 | 2,469.95 |
| Legal and Professional (Itemize) | | |
| Legal fee - BK | 72,774.92 | 206,486.98 |
| Legal fee - Coperate Counsel | 43,168.00 | 101,405.00 |
| Legal fee and reimbursement -Elliot Friedman's note | 0.00 | 102,034.57 |
| Legal - Filing fee & expense | 0.00 | 0.00 |
| Valuation, Accountants & Finance Advisors | 12,137.00 | 12,137.00 |
| Director fee | 0.00 | 0.00 |
| R & D Patent Costs | 11,082.00 | 23,965.00 |
| U. S. Trustee Qterly fee | 0.00 | 650.00 |
| Alcohol & Entertainment | 0.00 | 0.00 |
| Other (Itemize) | 119.88 | 143.86 |
| Local & State Tax - Franchise Tax Board | 0.00 | 0.00 |
| Total Non-Operating Expenses | 151,968.05 | 498,626.04 |

| NET INCOME/(LOSS) | (155,012.50) | (507,652.87) |
|---|---|---|

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---:|---:|
| Current Assets: Cash-in the Bank | 32,739.04 | |
| Neumedicines, Inc. | 0.00 | |
| Restricted Cash | 0.00 | |
| Accounts Receivable | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 0.00 | |
| Accounts Receivable | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Current Assets | | 32,739.04 |
| | | |
| Property, Plant, and Equipment | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) - Account Receivable-Other | 1,447.55 | |
| Prepaid Expense - Insurance Premium | 1,987.54 | |
| Advance to the Patent Law firm -WSGR | 63,615.07 | |
| Total Other Assets | | 67,050.16 |
| TOTAL ASSETS | | 99,789.20 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 12,543.82 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 26,200.00 | |
| Professional fees | 330,078.98 | |
| Secured Debt | 0.00 | |
| Other (Itemize) | | |
| Deferred Compensation & Vacation | 27,622.10 | |
| Accrued Payroll Tax Liability for Deferred Compensation | 2,578.80 | |
| Accrued Expense-Interest, Elliot's note exps &etc. | 149,806.37 | |
| Unearned Income | (46,604.00) | |
| Total Post-petition Liabilities | | 502,226.07 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 651,465.65 | |
| Priority Liabilities | 36,982.63 | |
| Unsecured Liabilities | 1,695,998.09 | |
| Other (Itemize) | | |
| Accounts Payable | 869,982.99 | |
| Deferred Compensation & Vacation | 1,046,514.57 | |

Accrued Payroll Tax Liability for Deferred Compensation         730,024.41
Accrued Expense-Interest, Legal &etc.                            197,176.88
Unearned Income - CHU de Nantes                                  209,733.76

Total Pre-petition Liabilities                              | 4,790,931.98 |

TOTAL LIABILITIES                                           | 5,293,158.05 |

EQUITY:

Pre-petition Owners' Equity                (4,685,715.98)
Post-petition Profit/(Loss)                  (507,652.87)
Direct Charges to Equity                            0.00
TOTAL EQUITY                                                | (5,193,368.85) |

TOTAL LIABILITIES & EQUITY                                  | 99,789.20 |

XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: **X** ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: **X** ___

3. State what progress was made during the reporting period toward filing a plan of reorganization

The Debtor continues to work on consummating the sale of its assets with two (2) bidders. On October 14, 2020, the Court granted the Debtor's Bidding Procedures Motion, including approval of the Debtor's Template Asset Purchase Agreement and payment of a breakup fee to the designated Stalking Horse Bidder. The Auction and Sale Hearing are scheduled for December 10, 2020.

On November 5, 2020, the Debtor filed Motion on Shortened Time for Entry of an Order Extending the Deadline for Debtor to Designate Stalking Horse Bidder (Dkt. No. 96). The Debtor received no objections to the motion. On November 10, 2020, the Court entered the Order Extending Certain Deadlines Established by Bidding Procedures Order, which (i) extended the deadline for the Debtor to designate a Stalking Horse from November 11, 2020 to November 30, 2020; (ii) extended the deadline for any prospective bidder to submit a cash deposit in the amount of $500,000 from November 17, 2020 to December 4, 2020; and (iii) extended the deadline for any prospective bidder to submit to the Debtor a confidentiality and non-disclosure agreement and proof of ability to perform from November 20, 2020 to December 4, 2020  (Dkt. No. 104). The scheduled Sale and Auction Hearing was unchanged and will be heard on December 10, 2020 at 11:00 a.m.

The Debtor is currently preparing its Motion for Order Approving the Sale of Substantially All Assets Free and Clear Pursuant to 11 U.S.C. § 363 and intends to file and serve the motion on or before November 19, 2020.

On November 16, 2020, the Debtor filed its Motion for Entry of Order Extending the Exclusivity Periods based on the complexity of the Debtor's case and the pending close of sale of the Debtor's assets (Dkt. No. 109). The Debtor requests that the Court extend by 120 days the period during which only the Debtor may file a Chapter 11 Plan of Reorganization from November 14, 2020 to March 14, 2021; and (ii) extend the period during which the Debtor has the exclusive right to solicit Plan acceptances from January 13, 2021 to May 13, 2021 ("Exclusivity Periods"). The Debtor submits that it is in the best interest of the estate and creditors to allow the sale to close prior to preparing and filing a Plan and that the requested extension of the Exclusivity Periods will not prejudice creditors or affect the pending Sale and Auction Hearing on December 10, 2020.

4. Describe potential future developments which may have a significant impact on the case:
Completion of the proposed sale process.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. **X** ___

I, Timothy Gallaher, President
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____11/17/20_____          _____
Date                                         Page 16 of 16                    Principal for debtor-in-possession

## NEUMEDICINES INC. - DIP  CASE No. 2:20-BK-16475-ER

Account No. XXXXX106

|  |  |  |  |
|---|---|---|---|
| | Balance per Bank Statement of 10/30/20 | | 36,285.04 |
| | Adjustments: | | |
| Add: | Deposit in transit | | |
| | | | - |
| Less: | Outstanding checks | | |
| | 10011 | 1,631.25 | |
| | 10016 | 1,100.00 | |
| | 10020 | 125.00 | |
| | 10021 | 618.75 | |
| | EFT -Paychex | 71.00 | |
| | | | 3,546.00 |
| | **Adjusted Balance per Bank Statement** | | **32,739.04** |
| Add: | | | |
| | Balance per book on 10/30/20 | | 32,739.04 |
| | **Adjustment per Book** | | - |

## Neumedicines Inc.

11/3/2020 10:55 AM

Register: 1070 · City National Bank - DIP_106

From 10/01/2020 through 10/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/10/2020 | 10012 | Bioreliance Corporat... | 2000 · Accounts Payable | Inv. No.21042... | 7,194.00 | | | 25,222.36 |
| 10/10/2020 | 10013 | Gowling WLG (Cana... | 2000 · Accounts Payable | Inv.19243690,... | 1,151.83 | | | 24,070.53 |
| 10/10/2020 | 10014 | Iron Mountain. | 2000 · Accounts Payable | Inv. CZJC993 | 207.26 | | | 23,863.27 |
| 10/10/2020 | 10015 | OaksData Systems Inc. | 2000 · Accounts Payable | Inv #17894 | 719.60 | | | 23,143.67 |
| 10/10/2020 | 10016 | The Coghlan Group | 2000 · Accounts Payable | CTM1219-117 | 1,100.00 | | | 22,043.67 |
| 10/10/2020 | 10017 | United States Trustee | 2000 · Accounts Payable | 3Qtr 2020-2:20... | 650.00 | | | 21,393.67 |
| 10/10/2020 | 10018 | WSGR Client Trust ... | 2000 · Accounts Payable | Inv22240563,6... | 8,900.00 | | | 12,493.67 |
| 10/16/2020 | Loan | Raphael Nir | 2401 · Note Payable - ... | Loan from Dr. ... | | | 25,000.00 | 37,493.67 |
| 10/16/2020 | EFT | City National Bank | 9110 · Bank charges &... | Bank charges f... | 15.00 | | | 37,478.67 |
| 10/23/2020 | | | 1998 · Temporary Acc... | Lost CK10010 | | | 475.00 | 37,953.67 |
| 10/23/2020 | EFT | City National Bank | 9110 · Bank charges &... | Bank charges f... | 30.00 | | | 37,923.67 |
| 10/23/2020 | 10019 | C. E. Lawrence | 2000 · Accounts Payable | | 1,869.88 | | | 36,053.79 |
| 10/23/2020 | 10020 | Jamie Tom | 2000 · Accounts Payable | Inv. No 6_09/0... | 125.00 | | | 35,928.79 |
| 10/23/2020 | 10021 | Passaro Consulting L... | 2000 · Accounts Payable | Inv. no.16 | 618.75 | | | 35,310.04 |
| 10/23/2020 | 10022 | WSGR Client Trust ... | 2000 · Accounts Payable | 55434- Inv.22... | 2,500.00 | | | 32,810.04 |
| 10/30/2020 | EFT | Paychex, Inc. | 6250 · Payroll Processi... | Fees | 71.00 | | | 32,739.04 |

##XXH1309DPCSTM            XXXXXXXXXXX106

Page 1        (9)

Account #: XXXXXX106

This statement: October 30, 2020          Contact us:
Last statement: September 30, 2020        800-773-7100

                                          Universal City Office
                                          4605 Lankershim Boulevard
411                          0830K        North Hollywood CA 91602
NEUMEDICINES INC.
DIP CASE NO. 2:20-BK-16475-ER             cnb.com
480 W. NORMAN AVE
ARCADIA CA  91007

Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | XXXXXX106 | Beginning bal | (9/30/2020) | | $36,516.70 |
| Minimum balance | $24,695.75 | Deposits | (0) | + 0.00 | |
| Average balance | $38,111.48 | Electronic cr | (1) | + 25,000.00 | |
| Avg. collect bal | $38,111.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$25,000.00 |
| | | Checks paid | (9) | - 25,186.66 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (2) | - 45.00 | |
| | | Total debits | | | - $25,231.66 |
| | | Ending balance | (10/30/2020) | | $36,285.04 |

ELECTRONIC CREDITS
| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 10-16 | Incoming Wire-Dom | | 25,000.00 | 201016000007839 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5000 | 10-07 | 1,994.09 | 000010320187300 |
| 10012 * | 10-16 | 7,194.00 | 000010130017900 |
| 10013 | 10-26 | 1,151.83 | 000010050127000 |
| 10014 | 10-13 | 207.26 | 000010270047700 |
| 10015 | 10-15 | 719.60 | 000010250020200 |
| 10017 * | 10-30 | 650.00 | 000010100006400 |
| 10018 | 10-15 | 8,900.00 | 000010310285400 |
| 10019 | 10-30 | 1,869.88 | 000010330141200 |
| 10022 * | 10-29 | 2,500.00 | 000010310295600 |

* Skip in check sequence

##XXH1309DPCSTM          XXXXXXXXXX106

NEUMEDICINES INC.                    Page 2
October 30, 2020                    Account #: XXXXXX106

OTHER DEBITS
Date   Description                                    Reference        Debits  Control Number
10-16  Service Charge INCOMING WIRE-DOM                                15.00 ╱000000000000000
10-23  Debit Memo STOP PAYMENT FEE                                     30.00 ╱218001023143056

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 36,516.70 | 10-15 | 24,695.75 | 10-26 | 41,304.92 |
| 10-07 | 34,522.61 | 10-16 | 42,486.75 | 10-29 | 38,804.92 |
| 10-13 | 34,315.35 | 10-23 | 42,456.75 | 10-30 | 36,285.04 |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled ***Monthly Operating Report – October 2020*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 18, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **November 18, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

EMAIL:
    **OUST COMPLIANCE INBOX**: ustp.region16.ch11@usdoj.gov

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 18, 2020 | Eduardo Dominguez | /s/ *Eduardo Dominguez* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

# <u>ADDITIONAL SERVICE INFORMATION (if needed):</u>

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

<u>ON BEHALF OF KARYOPHARM THERAPEUTICS INC</u> Matthew Benedetto
matthew.benedetto@wilmerhale.com whdocketing@wilmerhale.com

<u>ON BEHALF OF BRINK BIOLOGICS, INC. & NANTKWEST, INC.</u> Bruce
Bennett bbennett@jonesday.com

<u>ON BEHALF OF KARYOPHARM THERAPEUTICS INC</u> Salvatore M
Daniele  WHDocketing@wilmerhale.com

<u>ON BEHALF OF ELLIOT FRIEDMAN</u> David S Kupetz dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

<u>ON BEHALF OF DEBTOR</u> Crystle Jane Lindsey crystle@wsrlaw.net,
crystle@cjllaw.com;gabby@wsrlaw.net;eduardo@wsrlaw.net

<u>ON BEHALF OF KARYOPHARM THERAPEUTICS INC</u> Benjamin W
Loveland , WHDocketing@wilmerhale.com

<u>ON BEHALF OF LIBO PHARMA CORP</u>. Michael B Lubic michael.lubic@klgates.com,
jonathan.randolph@klgates.com

<u>ON BEHALF OF DEBTOR</u> jim@wsrlaw.net,
jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com

<u>ON BEHALF OF KARYOPHARM THERAPEUTICS INC</u> George W
Shuster  WHDocketing@wilmerhale.com

<u>ON BEHALF OF ESTATE OF LENA BASILE</u>  Stephen S Smyth
office@smythlo.com;r58723@notify.bestcase.com

<u>OUST</u> United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

<u>ON BEHALF OF DEBTOR</u> dan@wsrlaw.net,
vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;eduardo@wsrlaw.net

<u>ON BEHALF OF OUST</u> Hatty K Yip hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov