Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
Crystle J. Lindsey - Bar #281944
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dan@wsrlaw.net

Attorneys for Debtor and Debtor-in-Possession,
NEUMEDICINES, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:20-bk-16475-ER |
| NEUMEDICINES, INC., | Chapter 11 |
| Debtor and Debtor-In-Possession. | **DEBTOR'S NOTICE OF QUALIFIED OVERBIDDER IN CONNECTION WITH THE SALE OF THE DEBTOR'S ASSETS** |
| | **Sale and Auction Hearings**<br>Date:    December 10, 2020<br>Time:    11:00 a.m.<br>Courtroom: 1568<br><br>*(Telephonic appearances only)* |

-1-

Neumedicines, Inc. ("Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case, hereby submits *Notice of Qualified Overbidder* in connection with the auction of substantially all of the Debtor's assets.

On December 4, 2020, in accordance with the *Bidding Procedures Order* [Dkt. No. 67], NantKwest, Inc. ("NantKwest"), satisfied the requirements necessary to bid at the auction and participate in the sale.

The APA submitted by NantKwest is substantially identical to the APA submitted by stalking horse bidder, Karyopharm Therapeutics, Inc. ("Karyopharm").

Both bidders are currently negotiating with Libo Pharma Corp. ("Libo) on the possible resolution of disputes related to the Libo license.

Dated: December 9, 2020           WEINTRAUB & SELTH, APC

                                                                  /s/ *Daniel J. Weintraub*
By _____
    Daniel J. Weintraub
    James R. Selth
    Crystle J. Lindsey
    Attorneys for Debtor and Debtor-in-Possession,
    NEUMEDICINES, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF QUALIFIED OVERBIDDER IN CONNECTION WITH THE SALE OF THE DEBTOR'S ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 9, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 9, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**

**JUDGE:** Hon. Ernest M. Robles, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2020 | Gabby Piceno | /s/ *Gabby Piceno* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION (if needed):

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

ON BEHALF OF KARYOPHARM THERAPEUTICS INC Matthew Benedetto
matthew.benedetto@wilmerhale.com whdocketing@wilmerhale.com

ON BEHALF OF BRINK BIOLOGICS, INC. & NANTKWEST, INC. Bruce Bennett bbennett@jonesday.com

ON BEHALF OF KARYOPHARM THERAPEUTICS INC Salvatore M Daniele  WHDocketing@wilmerhale.com

ON BEHALF OF ELLIOT FRIEDMAN David S Kupetz dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

ON BEHALF OF DEBTOR Crystle Jane Lindsey crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;eduardo@wsrlaw.net

ON BEHALF OF KARYOPHARM THERAPEUTICS INC Benjamin W Loveland , WHDocketing@wilmerhale.com

ON BEHALF OF LIBO PHARMA CORP. Michael B Lubic michael.lubic@klgates.com, jonathan.randolph@klgates.com

ON BEHALF OF DEBTOR jim@wsrlaw.net, jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com

ON BEHALF OF KARYOPHARM THERAPEUTICS INC George W Shuster  WHDocketing@wilmerhale.com

ON BEHALF OF ESTATE OF LENA BASILE  Stephen S Smyth office@smythlo.com;r58723@notify.bestcase.com

OUST United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

ON BEHALF OF DEBTOR dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;eduardo@wsrlaw.net

ON BEHALF OF OUST Hatty K Yip hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov